1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  ZACHARY G.F. ABRAHAMSON (CABN 310951)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7261
      FAX: (415) 436-7234
8     zachary.abrahamson2@usdoj.gov

   Attorneys for United States of America
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        ) NO. 19-CR-403
                                     )
14       Plaintiff,                  ) STIPULATION AND ORDER CONTINUING
                                     ) STATUS CONFERENCE TO APRIL 5, 2022 AT
15       v.                          ) 2:00 P.M.
                                     )
16  NADEEM AHMED MULGADO,            )
                                     )
17       Defendant.                  )
                                     )
18

19       It is hereby stipulated by and between counsel for the United States and counsel for the

20  defendant Nadeem Ahmed Mulgado, that the status conference currently scheduled for March 1, 2022 at

21  2:00 p.m. be continued to April 5, 2022 at 2:00 p.m.  The parties continue to work diligently to secure

22  the defendant's presence before the Court pursuant to the writ issued in this matter on February 23,

23  2022.  *See* Dkt. 34, 36.

24       The undersigned Assistant United States Attorney certifies that he has obtained approval from

25  counsel for the defendant to file this stipulation and proposed order.

26

27       IT IS SO STIPULATED.

28  DATED:                              _____/s/_____
                                        ZACHARY G.F. ABRAHAMSON

   STIPULATION TO CONTINUE STATUS AND ORDER
   Case No. 19-CR-403                                                              v. 7/10/2018

|   |   |
|---|---|
| 1 | Assistant United States Attorney |
| 2 | |
| 3 | DATED:            /s/           |
|   | ELIZABETH M. FALK |
|   | Counsel for Defendant MULGADO |
| 4 | |

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby CONTINUES the status conference currently scheduled for March 1, 2022 at 2:00 p.m. to April 5, 2022 at 2:00 p.m.

IT IS SO ORDERED.

DATED: February 28, 2022

WILLIAM H. ALSUP
United States District Judge