STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ZACHARY G.F. ABRAHAMSON (CABN 310951)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7261
    FAX: (415) 436-7234
    zachary.abrahamson2@usdoj.gov

Attorneys for United States of America

FILED
MAR - 7 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 19-CR-403 WHA |
|---|---|
| Plaintiff, | ) |
| v. | ) PETITION FOR WRIT OF HABEAS CORPUS ) AD PROSEQUENDUM |
| NADEEM AHMED MULGADO, | ) |
| Defendant. | ) |

TO:    The Honorable William H. Alsup, United States District Judge for the Northern District of California

    Special Assistant United States Attorney Zachary Abrahamson respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner NADEEM AHMED MULGADO, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

    The prisoner, NADEEM AHMED MULGADO, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 19-CR-403 WHA

| | |
|---|---|
| Dated: March 7, 2022 | Respectfully Submitted,<br><br>STEPHANIE M. HINDS<br>United States Attorney<br><br>_____/s/_____<br>Zachary Abrahamson<br>Special Assistant United States Attorney |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 19-CR-403 WHA

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ZACHARY G.F. ABRAHAMSON (CABN 310951)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7261
    FAX: (415) 436-7234
    zachary.abrahamson2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-403 WHA |
| Plaintiff, | |
| v. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| NADEEM AHMED MULGADO, | |
| Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant NADEEM AHMED MULGADO, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: March 7, 2022

                                                      Hon. William H. Alsup
                                                    United States District Judge

[~~PROPOSED~~] ORDER
CASE NO. 19-CR-403 WHA

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DONALD M. O'KEEFE, United States Marshal for the Northern District of California and /or any of his authorized deputies, and Wasco State Prison, Attn: Mary Robledo, 701 Scofield Avenue, Wasco, CA 93280:

Pursuant to the foregoing petition and order, you are directed to produce the body of NADEEM AHMED MULGADO, who is in the custody of Wasco State Prison (CDCR #BR5593), before the Honorable William H. Alsup, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Ave., 19th Floor, San Francisco, California 94102, on April 5, 2022, at 2:00 p.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release NADEEM AHMED MULGADO from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 3/7/2022

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 19-CR-403 WHA

