STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ZACHARY G.F. ABRAHAMSON (CABN 310951)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7261
    FAX: (415) 436-7234
    zachary.abrahamson2@usdoj.gov

Attorneys for United States of America

**FILED**

MAR 15 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  19-CR-403 WHA |
|     Plaintiff, | |
|     v. | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| NADEEM AHMED MULGADO, | |
|     Defendant. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

Corpus Ad Prosequendum requiring the production of defendant NADEEM AHMED MULGADO,

before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and

requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as

presented.

DATED: March 15, 2022

                        Hon. William H. Alsup
                        United States District Judge

ORDER
CASE NO. 19-CR-403 WHA

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   DONALD M. O'KEEFE, United States Marshal for the Northern District of California and /or

any of his authorized deputies, and Wasco State Prison, Attn: Mary Robledo, 701 Scofield

Avenue, Wasco, CA 93280:

Pursuant to the foregoing petition and order, you are directed to produce the body of NADEEM

AHMED MULGADO, who is in the custody of Wasco State Prison (CDCR #BR5593), before the

Honorable William H. Alsup, United States District Judge for the Northern District of California,

located at the San Francisco Federal Courthouse, located at 450 Golden Gate Ave., 19th Floor, San

Francisco, California 94102, on April 5, 2022, at 2:00 p.m., or as soon thereafter as practicable, on the

charges filed against defendant in the above-entitled Court and further to produce said defendant at all

future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release NADEEM AHMED MULGADO from its custody, you are

directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the

Northern District of California and/or his authorized deputies under this Writ.


DATED:   3/15/2022

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By:   _____

DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 19-CR-403 WHA

